IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                No. 2:10-cv-1208 KJN P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is presently housed in County Jail and is proceeding without counsel and in forma pauperis. On July 14, 2010, plaintiff filed a request to "order the Solano County Jail to recognize him as 'pro per,'" and to provide plaintiff with "all 'pro per' legal privileges." (<u>Id</u>. at 1.) On July 6, 2010, plaintiff was granted leave to proceed in forma pauperis, and that order, in addition to the instant order, reflects that plaintiff is proceeding without counsel or, in other words, "pro per" or "pro se."

        Pursuant to this court's order filed July 6, 2010, plaintiff is required to file an amended complaint on or before August 6, 2010. Presentation of the July 6, 2010 order, or the instant order, to jail officials should be sufficient to demonstrate plaintiff's need to access materials necessary to comply with that court order.

        Plaintiff also asked the court to appoint Ms. Christina Reed as his "legal assistant"

1

so she can correspond with plaintiff through "legal mail." (Dkt. No. 14.) This court is without authority to appoint Ms. Reed as a legal assistant for plaintiff, and cannot authorize her to use "legal mail" to correspond with plaintiff inasmuch as Ms. Reed is not an attorney. Plaintiff's request will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 14, 2010 motion is denied. (Dkt. No. 14.)

DATED: July 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bake1208.den