1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11            Plaintiff,                    No. 2:10-cv-1208 FCD KJN P

12        vs.

13   C/O J. SMITH, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding without counsel.  On March 22, 2011,

17   plaintiff filed a motion to compel defendants to produce documents.  On March 25, 2011,

18   defendants filed an opposition and a request to sanction plaintiff for his alleged repeated

19   violation of the Federal Rules of Civil Procedure.

20            "Responses to written discovery requests shall be due forty-five days after the

21   request is served."  (Dkt. No. 27 at 5.)

22            Plaintiff claims he has requested documents from the defendants three times, but

23   that defendants have failed to respond.  However, plaintiff did not provide a copy of any of the

24   requests for production of documents.  Conversely, defendants state plaintiff propounded the

25   requests for production of documents on March 8, 2011 and March 11, 2011.  (Dkt. No. 44 at 1.)

26   Plaintiff filed his motion to compel on March 22, 2011.  As to the requests propounded on March

1

1   8 and 11, 2011, defendants' responses are not yet due pursuant to the court's December 2, 2010

2   discovery and scheduling order.  (Dkt. No. 27 at 5.)  Accordingly, plaintiff's motion is premature

3   and is denied.

4           The court turns now to defendants' request for sanctions based on plaintiff's

5   violation of the Federal Rules of Civil Procedure.  Defendants point out plaintiff's first violation

6   occurred when he filed a motion to compel production of documents before serving the initial

7   request for production on defendants.  (Dkt. No. 34.)  Plaintiff has now filed a motion to compel

8   discovery responses prior to the deadline for answering the discovery requests.  (Dkt. No. 43.)

9   Plaintiff is advised that discovery is a process where he must first serve discovery requests on

10  counsel for defendants, then he must wait for the 45 days' response time to elapse prior to

11  seeking court intervention.  Because plaintiff is proceeding without counsel, the court will deny

12  defendants' request for sanctions at this time.  However, plaintiff is cautioned that further

13  violations may result in an order imposing sanctions, including, but not limited to, an order

14  requiring payment of defendants' expenses, or a recommendation that the action be dismissed.

15  Fed. R. Civ. P. 37(b)(2)(A)(v) & (C).

16          Accordingly, IT IS HEREBY ORDERED that:

17          1.  Plaintiff's March 22, 2011 motion to compel (dkt. no. 43) is denied as

18  premature; and

19          2.  Defendants' request for sanctions is denied.

20  DATED:  April 15, 2011

21

22

23  _____
    KENDALL J. NEWMAN

24  UNITED STATES MAGISTRATE JUDGE

25  bake1208.mtcr

26

2