IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,                    No. 2:10-cv-1208 FCD KJN P

    vs.

C/O J. SMITH, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with a civil rights action. On June 20, 2011, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on December 9, 2010, and March 9, 2011. All requests were denied. In light of those orders, and for the reasons stated therein, IT IS HEREBY ORDERED that plaintiff's June 20, 2011 request (dkt. no. 66) is denied.

DATED: June 22, 2011

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

bake1208.31.thr