IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

      Plaintiff,                No. 2:10-cv-1208 FCD KJN P

   vs.

C/O SMITH, et al.,

      Defendants.        <u>ORDER</u>

                            /

        On June 9, 2011, plaintiff filed a motion for reconsideration of the magistrate judge's order filed May 31, 2011, denying plaintiff's motion to compel discovery as the discovery requests were untimely propounded. On June 10, 2011, defendants filed an opposition to plaintiff's motion. On June 20, 2011, plaintiff filed a reply. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 31, 2011, is affirmed.

DATED: June 29, 2011.

                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE