IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,               No. 2:10-cv-1208 GEB KJN P

    vs.

C/O SMITH, et al.,

    Defendants.        ORDER

_____/

On December 19, 2011, plaintiff filed a document styled, "Response to Request for Summary Judgment," in which he asks for "a trial," which was docketed as a "Motion for Trial." (Dkt. No. 79 at 1.) Plaintiff states his hand is broken, rendering him "unable to write for too long." (Id.) Plaintiff asks the court to "put this [case] off for 6 to 8 weeks until [his] hand heals." (Id.) Defendants oppose plaintiff's request.

Plaintiff filed an opposition to defendants' motion for summary judgment on October 19, 2011. The motion is presently under submission, and no further filings are required by plaintiff at this time. Accordingly, IT IS HEREBY ORDERED that plaintiff's December 19, 2011 motion (dkt. no. 79) is denied without prejudice.

DATED: January 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bake1208.den